James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA 95340
Tel:   (209) 385-7564
Fax:  (209) 726-1337

Attorney for County of Merced

United States District Court

Eastern District of California

| County of Merced, | Case No. 1:11-cv-01934-LJO-SKO |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATED REQUEST TO FILE AN AMENDED COMPLAINT** |
| United States of America, and Does 1 through 5, inclusive | |
| Defendants. | |

Pursuant to the parties' stipulation**, within 7 days from the date of this order**, Plaintiff County of Merced may file an amended complaint that conforms to the proposed complaint attached as an exhibit to the parties' stipulation at Docket Nos. 18, 19, and 20.

IT IS SO ORDERED.

Dated:   **July 2, 2012**                                       **/s/ Sheila K. Oberto**
                                                                                UNITED STATES MAGISTRATE JUDGE