BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| COUNTY OF MERCED, | ) | |
|---|---|---|
| | ) | 1:11-cv-01934 LJO/SKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL;** |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the terms of the Stipulation Quieting Title as well as the provisions of Fed. R. Civ. P. 41(a)(1), Plaintiff County of Merced and Defendant United States, by and through their respective counsel, hereby stipulate that this action be dismissed without prejudice.

IT IS SO STIPULATED.

Dated: March 27, 2013            BENJAMIN B. WAGNER
                                 United States Attorney

                        By:      /s/Jeffrey J. Lodge
                                 JEFFREY J. LODGE
                                 Assistant United States Attorney
                                 Attorneys for the United States

Dated:  March 27, 2013           JAMES N. FINCHER
                                 Merced County Counsel


                        By:      /s/Roger S. Matzkind
                                 ROGER S. MATZKIND
                                 Chief Civil Litigator
                                 Attorneys for Plaintiff

STIPULATION FOR DISMISSAL; ORDER            1

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 27, 2013**                            **/s/ Lawrence J. O'Neill**
                                                                                 UNITED STATES DISTRICT JUDGE