1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for the United States

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 COUNTY OF MERCED,                      )
                                          )  1:11-cv-01934 LJO/SKO
11        Plaintiff,                      )
                                          )
12 v.                                     )  **STIPULATION FOR DISMISSAL;**
                                          )  **ORDER**
13 UNITED STATES OF AMERICA,              )
                                          )
14        Defendant.                      )
                                          )
15 _____)

16     Pursuant to the terms of the Stipulation Quieting Title as well as the provisions of Fed. R. Civ. P.

17 41(a)(1), Plaintiff County of Merced and Defendant United States, by and through their respective

18 counsel, hereby stipulate that this action be dismissed without prejudice.

19     IT IS SO STIPULATED.

20 Dated: March 27, 2013                  BENJAMIN B. WAGNER
                                          United States Attorney
21
                                  By:     /s/Jeffrey J. Lodge
22                                        JEFFREY J. LODGE
                                          Assistant United States Attorney
23                                        Attorneys for the United States

24 Dated:  March 27, 2013                 JAMES N. FINCHER
                                          Merced County Counsel
25

26                                By:     /s/Roger S. Matzkind
                                          ROGER S. MATZKIND
27                                        Chief Civil Litigator
                                          Attorneys for Plaintiff
28

STIPULATION FOR DISMISSAL; ORDER                  1

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 27, 2013**                            **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE